# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-8024
Owner:  Alfonso E. Margo, et al.
Acres:  14.421

**Being** a 14.421 acre (628,194 square feet) parcel of land, more or less, being out of the Antonio de la Rosa Survey, Abstract No. 148, Porción 85, Starr County, Texas, being out of a called 229.84 acre tract described in the Final Decree of Partition recorded in Volume 227, Page 85, Deed Records of Starr County, Texas (Share 23-A) and being the same tract of land conveyed to Al E. Margo, Frederick J. Margo, Richard L. Margo and Virginia Gail Jones by Special Warranty Deed recorded in Volume 1239, Page 499, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-8023 8024", said point being at a northerly southwest corner of the 229.84 acre tract and a southeasterly exterior corner of a called 26.71 acre tract conveyed to Francisca Lopez Garcia, Lorenzo Lopez, Alfredo Garcia, Zaragoza Garcia, Antonio Garcia, Clemencia Garza Cantu and Guadalupe Garza by Final Decree of Partition recorded in Volume 227, Page 85, Deed Records of Starr County, Texas (Share 12), being the same tract of land conveyed to Antonio Garcia by Warranty Deed recorded In Volume 364, Page 165, Deed Records of Starr County, Texas and being the same tract of land conveyed to Salvador Barajas and Nora Edna G. Barajas by Warranty Deed recorded in Volume 426, Page 805, Deed Records of Starr County, Texas, said point being in the south line of a called 0.80 acre tract conveyed to Gilberto Chapa Jr. by Deed of Gift recorded in Volume 943, Page 3, Official Records of Starr County, Texas (Share 7), said point having the coordinates of N=16646265.652, E= 900625.875, said point bears S 67°41'06" E, a distance of 1478.74' from United States Army Corps of Engineers Control Point No. SS12-2019;

**Thence**: S 09°42'38" W (N 09°15'00" E, Record), departing the south line of the 0.80 acre tract, with a westerly line of the 229.84 acre tract and the east line of the 26.71 acre tract, for a distance of 35.12' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8023-1=8024-1" for the Point of Beginning and northwest corner of Tract RGV-RGC-8024, said point being in the west line of the 229.84 acre tract and the east line of the 26.71 acre tract, said point having the coordinates of N=16646231.034, E=900619.951;

**Thence**: departing the east line of the 26.71 acre tract, over and across the 229.84 acre tract, the following courses and distances:

## SCHEDULE C (Cont.)

• N 71°26'09" E, for a distance of 56.51' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8024-2" for an angle point in the north line of Tract RGV-RGC-8024;

• N 76°58'20" E, for a distance of 484.22' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8024-3" for an angle point in the north line of Tract RGV-RGC-8024;

• S 88°59'30" E, for a distance of 2594.46' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8024-4" for the northeast corner of Tract RGV-RGC-8024, said point being in the east line of the 229.84 acre tract and the west line of a called 1888.7 acre tract conveyed to Sheerin Real Properties, LTD. by Assumption Special Warranty Deed recorded in Volume 1349, Page 152, Official Records of Starr County, Texas (Tract I), said point being in the east line of Porción 85 and the west line of Porción 86;

**Thence**: S 08°50'31" W (S 08°57'00" W, Record), with the east line of the 229.84 acre tract, the east line of Porción 85, the west line of Porción 86 and the west line of the 1888.7 acre tract, for a distance of 201.88' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8024-5" for the southeast corner of Tract RGV-RGC-8024, said point being in the east line of the 229.84 acre tract, the east line of Porción 85, the west line of Porción 86 and the west line of the 1888.7 acre tract;

**Thence**: departing the west line of Porción 86 and the west line of the 1888.7 acre tract, over and across the 229.84 acre tract, the following courses and distances:

• N 88°59'30" W, for a distance of 2542.23' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8024-6" for an angle point in the south line of Tract RGV-RGC-8024;

• S 76°58'30" W, for a distance of 437.45' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8024-7" for a point of curvature to the left;

• Along said curve to the left for an arc distance of 25.12', with a central angle of 05°32'10" and a radius of 260.00', with a chord bearing of S 74°12'14" W, for a distance of 25.11' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8024-8" for the point of tangency;

### SCHEDULE C (Cont.)

• S 71°26'09" W, for a distance of 141.85' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8023-2=8024-9" for the southwest corner of Tract RGV-RGC-8024, said point being in the west line of the 229.84 acre tract and the east line of the 26.71 acre tract;

**Thence**: N 09°42'38" E (N 09°15'00" E, Record), with the west line of the 229.84 acre tract and the east line of the 26.71 acre tract, for a distance of 227.10' to the **Point of Beginning**.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



Tract:  RGV-RGC-8024
Owner:  Alfonso E. Margo, et al.
Acreage:  14.421

## SCHEDULE D (Cont.)

### MAP or PLAT



# SCHEDULE D (Cont.)

## MAP or PLAT



## SCHEDULE D (Cont.)

### MAP or PLAT



## SCHEDULE D (Cont.)

## MAP or PLAT



## SCHEDULE D (Cont.)

### MAP or PLAT

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | N 71°26'09" E | 56.51' | N/A | N/A |
| L2 | N 76°58'20" E | 484.22' | N/A | N/A |
| L3 | S 88°59'30" E | 2594.46' | N/A | N/A |
| L4 | S 08°50'31" W | 201.88' | S 08°57'00" W | N/A |
| L5 | N 88°59'30" W | 2542.23' | N/A | N/A |
| L6 | S 76°58'30" W | 437.45' | N/A | N/A |
| L7 | S 71°26'09" W | 141.85' | N/A | N/A |
| L8 | N 09°42'38" E | 227.10' | N 09°15'00" E | N/A |
| L9 | S 09°42'38" W | 35.12' | N 09°15'00" E | N/A |

| CURVE | RADIUS | ARC LENGTH | CHORD LENGTH | CHORD BEARING | DELTA ANGLE |
|-------|--------|------------|--------------|---------------|-------------|
| C1 | 260.00' | 25.12' | 25.11' | S 74°12'14" W | 5°32'10" |

### COORDINATE TABLE

| MONUMENT NO. | NORTHING | EASTING | MONUMENT DESCRIPTION |
|--------------|----------|---------|----------------------|
| 1 | 16646231.034 | 900619.951 | RGV-RGC-8023-1=8024-1 |
| 2 | 16646249.026 | 900673.524 | RGV-RGC-8024-2 |
| 3 | 16646358.183 | 901145.284 | RGV-RGC-8024-3 |
| 4 | 16646312.520 | 903739.340 | RGV-RGC-8024-4 |
| 5 | 16646113.035 | 903708.309 | RGV-RGC-8024-5 |
| 6 | 16646157.779 | 901166.470 | RGV-RGC-8024-6 |
| 7 | 16646059.188 | 900740.278 | RGV-RGC-8024-7 |
| 8 | 16646052.352 | 900716.113 | RGV-RGC-8024-8 |
| 9 | 16646007.193 | 900581.646 | RGV-RGC-8023-2=8024-9 |
| 10 | 16646265.652 | 900625.875 | POC RGV-RGC-8023 8024 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| Drawing Ref. No. SHEET 9 OF 12 | **METES & BOUNDS SURVEY** AL E. MARGO, FREDERICK J. MARGO, RICHARD L. MARGO & VIRGINIA GAIL JONES **TRACT No. RGV-RGC-8024** STARR COUNTY          TEXAS | Mark Description / Boundary Revision / Add. adjoining owners Date 11/5/2019 / 11/7/2019 Appr. | BY / Drawn TPA / Checked LMK / Surveyor JDB / Fld.Bk. # 185866-74-86 DATE 12/19 / 12/19 / 12/19 |  **B&F ENGINEERING, INC.** 926 AIRPORT ROAD HOT SPRINGS, AR 71913 (PH) 501-767-2366 (FAX) 501-767-6859 (EMAIL) mfb@bmfeng.com | US Army Corps of Engineers |

CONTRACT No.: W9127S-14-D-0013
T.O.: W9127S-18-F-0139

TEXAS LICENSED SURVEYING FIRM
BM ENGINEERING, INC.
NO. 10193942

MDS PROJ. NO. 16-250-00          FILE NAME: RGV-RGC-8024          DATE: 12/10/2019

## SCHEDULE D (Cont.)

### MAP or PLAT



## SCHEDULE D (Cont.)

## MAP or PLAT

① *CALLED 229.84 ACRES*
*FINAL DECREE OF PARTITION*
*VOL. 227, PG. 85 DRSC*
*(SHARE 23-A)*

*AL E. MARGO, FREDERICK J. MARGO,*
*RICHARD L. MARGO*
*& VIRGINIA GAIL MARGO*
*SPECIAL WARRANTY DEED*
*VOL. 1239, PG. 499 ORSC*

② *FRANCISCA LOPEZ GARCIA,*
*LORENZO LOPEZ, ALFREDO GARCIA,*
*ZARAGOZA GARCIA, ANTONIO GARCIA,*
*CLEMENCIA GARZA CANTU*
*& GUADALUPE GARZA*
*CALLED 26.71 ACRES*
*FINAL DECREE OF PARTITION*
*VOL. 227, PG. 85 DRSC*
*(SHARE 12)*

*ANTONIO GARCIA*
*WARRANTY DEED*
*VOL. 364, PG. 165 DRSC*

*SALVADOR BARAJAS*
*& NORA EDNA G. BARAJAS*
*WARRANTY DEED*
*VOL. 426, PG. 805 DRSC*

③ *GILBERTO CHAPA JR.*
*CALLED 0.80 ACRES*
*DEED OF GIFT*
*VOL. 943, PG. 3 ORSC*
*(SHARE 7)*

④ *OSCAR GARZA*
*CALLED 0.808 OF AN ACRE*
*WARRANTY DEED*
*VOL. 690, PG. 10 ORSC*

⑤ *JOSE MARIA CHAPA*
*CALLED 1.94 ACRES*
*FINAL DECREE OF PARTITION*
*VOL. 227, PG. 85 DRSC*
*(SHARE 10-A)*

⑥ *PEDRO HUGO GARZA*
*& CLAUDIA LORENA GARZA*
*CALLED 0.71 ACRES*
*WARRANTY DEED*
*VOL. 780, PG. 164 ORSC*
*(SHARE 8)*

⑦ *CLARISSA YVETTE RIVAS*
*CALLED 0.01343 ACRE*
*DEED OF GIFT*
*VOL. 1033, PG. 1 ORSC*

⑧ *MARIA LOPEZ DE GUTIERREZ, ET AL*
*CALLED 3.17 ACRES*
*FINAL DECREE OF PARTITION*
*VOL. 227, PG. 85 DRSC*
*(SHARE No. 6)*

⑨ *JESUS RIOS*
*& HILARIA RIOS DE GARZA*
*CALLED 0.33 ACRES*
*FINAL DECREE OF PARTITION*
*VOL. 227, PG. 85 DRSC*
*(SHARE No. 5)*

⑩ *JOHN A. POPE, JR.*
*CALLED 6.75 ACRES*
*FINAL DECREE OF PARTITION*
*VOL. 227, PG. 85 DRSC*
*(SHARE No. 24-A)*

⑪ *TOM VESSELS, JR.*
*CALLED 10.17 ACRES*
*FINAL DECREE OF PARTITION*
*VOL. 227, PG. 85 DRSC*
*(SHARE No. 25-A)*

⑫ *EULOGIO GARZA*
*CALLED 1.81 ACRES*
*FINAL DECREE OF PARTITION*
*VOL. 227, PG. 85 DRSC*
*(SHARE No. 26)*

⑬ *ROGERIO GARZA*
*CALLED 2.96 ACRES*
*FINAL DECREE OF PARTITION*
*VOL. 227, PG. 85 DRSC*
*(SHARE No. 27)*

⑭ *IGNACIA G. GUTIERREZ, ET AL*
*CALLED 17.81 ACRES*
*FINAL DECREE OF PARTITION*
*VOL. 227, PG. 85 DRSC*
*(SHARE No. 28-A)*

⑮ *ISABEL STEWART LOPEZ*
*CALLED 12.00 ACRES*
*FINAL DECREE OF PARTITION*
*VOL. 227, PG. 85 DRSC*
*(SHARE No. 29-A)*

⑯ *PEDRO OLGUIN*
*CALLED 8.83 ACRES*
*FINAL DECREE OF PARTITION*
*VOL. 227, PG. 85 DRSC*
*(SHARE No. 30-A)*

⑰ *FELICIANA LOPEZ DE RODRIGUEZ, ET AL*
*CALLED 12.48 ACRES*
*FINAL DECREE OF PARTITION*
*VOL. 227, PG. 85 DRSC*
*(SHARE No. 4)*

⑱ *JOHN J. SHEERIN*
*& PAUL J. MEADERS*
*CALLED 0.72 ACRES*
*FINAL DECREE OF PARTITION*
*VOL. 227, PG. 85 DRSC*
*(SHARE No. 1)*

⑲ *SHEERIN REAL PROPERTIES, LTD.*
*CALLED 18818.7 ACRES*
*ASSUMPTION SPECIAL WARRANTY DEED*
*VOL. 1349, PG. 152 ORSC*
*(TRACT I)*

**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
7256 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

**METES & BOUNDS SURVEY**
AL E. MARGO, FREDERICK J. MARGO, RICHARD L. MARGO
& VIRGINIA GAIL JONES
**TRACT No. RGV-RGC-8024**
**STARR COUNTY**      **TEXAS**

| Work | Description | Date | Appr. |
|------|-------------|------|-------|
| 1 | Boundary Revision | 11/05/19 | |
| 2 | Add adjoining owners | 12/10/19 | |

| | BY | DATE |
|--------|-----|-------|
| Drawn | TPA | 12/19 |
| Checked | LMK | 12/19 |
| Surveyor | JDB | 12/19 |
| Fld Bk. # | 18SBBG-T4-B8 | |

CONTRACT No.: W912TS-14-D-0013
T.O.: W912TS-19-F-0139

TEXAS LICENSED SURVEYING FIRM
84F ENGINEERING, INC.
NO. 10193942



**P&F ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@pnfeng.com

Drawing Ref. No.
SHEET 11 OF 12

US Army Corps of Engineers

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-RGC-8024    DATE: 12/10/2019

## SCHEDULE D (Cont.)

## MAP or PLAT



# SCHEDULE E

## **SCHEDULE E**

<u>ESTATE TAKEN</u>

Starr County, Texas

Tract:  RGV-RGC-8024
Owner:  Alfonso E. Margo, et al.
Acreage:  14.421

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of lands identified in Special Warranty Deed, recorded in Volume 1239, Page 499 (Document Number 283707), Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)

## ESTATE TAKEN



# SCHEDULE F

## **SCHEDULE F**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is THIRTY NINE THOUSAND ONE HUNDRED THIRTY NINE DOLLARS AND NO/100 ($39,139.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Alfonso E. Margo**<br>███████████████<br>McAllen, TX 78503 | **RGV-RGC-8024**<br>Special Warranty Deed, Document No. 2009-283707; Recorded June 23, 2009, Deed Records of Starr County |
| **Richard L. Margo**<br>██████████<br>McAllen, TX 78502 | **RGV-RGC-8024**<br>Special Warranty Deed, Document No. 2009-283707; Recorded June 23, 2009, Deed Records of Starr County |
| **Frederick James Margo**<br>██████████████<br>Rio Grande City, TX 78582 | **RGV-RGC-8024**<br>Special Warranty Deed, Document No. 2009-283707; Recorded June 23, 2009, Deed Records of Starr County |
| **Virginia Gail Jones**<br>████████████████<br>Round Rock, TX 78664 | **RGV-RGC-8024**<br>Special Warranty Deed, Document No. 2009-283707; Recorded June 23, 2009, Deed Records of Starr County |
| **Kenneth Wilkins**<br>Tenant Farmer<br><br>███████████<br>McAllen, TX 78501 | **Tenant Farmer** |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 North FM 3167, Suite 201<br>Rio Grande City, TX 78582 | **Tax Authority** |