**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| *Plaintiff,* § | |
| § | |
| v. § | CASE NO. 7:20-CV-302 |
| § | |
| 14.421 ACRES OF LAND, MORE OR LESS, § | |
| SITUATE IN STARR COUNTY, STATE OF § | |
| TEXAS; AND ALFONSO E. MARGO, ET AL § | |
| *Defendants.* § | |

**STIPULATION FOR REVESTMENT AND**
**MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff United States of America and Defendants Alfonso E. Margo, Richard L. Margo, Frederick James Margo, and Virginia Gail Jones do hereby stipulate to the revestment of interests taken in Tract RGV-RGC-8024 as described in Schedules "C, "D", and "E" of the Declaration of Taking (Dkt. No. 2).

The parties further stipulate and agree as follows:

**A.    Background**

1.    On October 5, 2020, Plaintiff United States of America ("United States") filed a Declaration of Taking (Dkt. No. 2) and Complaint in Condemnation (Dkt. No. 1) to acquire 14.421 acres in fee identified as Tract RGV-RGC-8024. On November 5, 2020, the United States deposited its estimated just compensation for Tract RGV-RGC-8024. *See* Dkt. No. 8. Pursuant to 40 U.S.C. § 3114(b)(1), upon deposit of the estimated just compensation, title to Tract RGV-RGC-8024 vested in the name of the United States by operation of law on November 5, 2020.

2.    The United States does not have possession of Tract RGV-RGC-8024; no possession order has ever been issued.

6. The Parties agree that Defendants Alfonso E. Margo, Richard L. Margo, Frederick James Margo, and Virginia Gail Jones are the sole owners of the interests acquired in Tract RGV-RGC-8024.

**B.   Stipulation of Revestment**

7. Pursuant to 40 U.S.C. § 3117, the United States may agree or stipulate to the revestment of condemned property to resolve condemnation cases.

8. The United States and Defendants Alfonso E. Margo, Richard L. Margo, Frederick James Margo, and Virginia Gail Jones jointly stipulate and agree that all right, title, and interests acquired by the United States associated with or appurtenant to Tract RGV-RGC-8024 are hereby REVESTED back to Defendants with all title and rights as existed immediately before the filing of the Declaration of Taking and title vesting in the United States.

9. Defendants hereby agree to accept such REVESTMENT of Tract RGV-RGC-8024.

10. The legal descriptions and surveys of Tract RGV-RGC-8024 that is being REVESTED to Defendants are found in Schedule "C" and "D" of the Declaration of Taking (Dkt. No. 2) and are attached hereto as Exhibit 1 and 2.

**C.   Stipulation Regarding Just Compensation and Motion for Final Judgment**

11. The Parties further make a stipulation and move for final judgment and termination of this case as follows:

    A.   Upon the Court's Order entering final judgment in accordance with the instant stipulation of revestment, the Parties seek immediate distribution of:

- The sum of $39,139.00, with accrued interest, payable to the order of "F&A Officer, USAED, Fort Worth," with the check referencing "Tract No. RGV-RGC-8024."

    B.   Defendants warrant they were the owners of the interest in the property taken in this proceeding on the respective date of taking.

C. The Parties shall be responsible for their own legal fees, costs, and expenses, including attorneys' fees, consultants' fees, and any other expenses or costs.

D. The Parties shall take no appeal from any rulings or judgment made by the Court in this action, and the parties' consent to the entry of all motions, orders, and judgments necessary to effectuate this stipulation.

E. This joint stipulation and motion is binding on the heirs, trustees, executors, administrators, devisees, successors, assigns, agents, and representatives of Defendants.

F. The Parties request that the Court enter an Order of Final Judgment reflecting this Stipulation, and closing this case.

Respectfully submitted,

**DEFENDANTS:**

By: _s/ Roger Reed (with permission)_
**ROGER REED**
Law Office of Roger Reed
S.D. Tex. Bar No.: 6407
State Bar of Texas No.: 16687200
3900 N. 10th St., Ste. 850
McAllen, TX 78501
Telephone: (956) 631-9119
Facsimile: (956) 661-9187
Email: rreed@rhr-lawfirm.com
Attorney for Defendants: Alfonso E. Margo, Frederick J. Margo, Richard L. Margo, and Virginia Gail (Margo) Jones

_____
**Kenneth Wilkins**
*Tenant in Possession*

_____
**Ameida Salinas**
Starr County Tax Assessor-Collector

**FOR PLAINTIFF:**

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By: **s/ Megan Eyes**
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Megan.Eyes@usdoj.gov
*Attorney in Charge for Plaintiff*

C. The Parties shall be responsible for their own legal fees, costs, and expenses, including attorneys' fees, consultants' fees, and any other expenses or costs.

D. The Parties shall take no appeal from any rulings or judgment made by the Court in this action, and the parties' consent to the entry of all motions, orders, and judgments necessary to effectuate this stipulation.

E. This joint stipulation and motion is binding on the heirs, trustees, executors, administrators, devisees, successors, assigns, agents, and representatives of Defendants.

F. The Parties request that the Court enter an Order of Final Judgment reflecting this Stipulation, and closing this case.

Respectfully submitted,

**DEFENDANTS:**

By: _____
**ROGER REED**
Law Office of Roger Reed
S.D. Tex. Bar No.: 6407
State Bar of Texas No.: 16687200
3900 N. 10th St., Ste. 850
McAllen, TX 78501
Telephone: (956) 631-9119
Facsimile: (956) 631-9187
Email: rreed@rhr-lawfirm.com
Attorney for Defendants: Alfonso E. Margo, Frederick J. Margo, Richard L. Margo, and Virginia Gail (Margo) Jones

**FOR PLAINTIFF:**

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By: *s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Megan.Eyes@usdoj.gov
*Attorney in Charge for Plaintiff*

_____
**Kenneth Wilkins**
*Tenant in Possession*

_____
**Ameida Salinas**
Starr County Tax Assessor-Collector

## CERTIFICATE OF SERVICE

I, Megan Eyes, Assistant United States Attorney for the Southern District of Texas, hereby certify that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF System and provided to all parties via electronic mail.

s/ Megan Eyes<br>
Megan Eyes<br>
Assistant United States Attorney