IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* | § § § | |
| v. | § | CASE NO. 7:20-CV-302 |
| | § | |
| 14.421 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND ALFONSO E. MARGO, ET AL, *Defendants.* | § § § § | |

## FINAL JUDGMENT

Before the Court is the "Stipulation for Revestment and Motion for Final Judgment" (Dkt. No. 27) entered by Plaintiff, the United States of America ("United States"), and Defendants, Alfonso E. Margo, Richard L. Margo, Frederick James Margo, Virginia Gail Jones, Kenneth Wilkins, and Ameida Salinas, Starr County Tax Assessor-Collector, in the above-styled condemnation action.

The United States filed a Declaration of Taking condemning Tract RGV-RGC-8024 which is more specifically described in Schedules "C", "D", and "E". Dkt. No. 2. Pursuant to 40 U.S.C. § 3117, the United States may agree or stipulate to the revestment of condemned property to resolve condemnation cases.

On September 20, 2021, the Parties filed their Stipulation of Revestment, whereby the United States and Defendants Alfonso E. Margo, Richard L. Margo, Frederick James Margo, and Virginia Gail Jones jointly stipulated and agreed that all right, title, and interest acquired by the United States associated with or appurtenant to Tract RGV-RGC-8024 have been REVESTED in Defendants as they existed immediately before the time of the filing of the Declaration of Taking,

and title vesting in the United States. Defendants further accepted such REVESTMENT of Tract RGV-RGC-8024.

Accordingly, pursuant to the Stipulation entered by the United States and Defendants, it is hereby **ORDERED** and **ADJUDGED** that Tract RGV-RGC-8024 has been **REVESTED** back to Defendants Alfonso E. Margo, Richard L. Margo, Frederick James Margo, and Virginia Gail Jones. It is further **ORDERED** and **ADJUDGED** that:

A. The United States' estimate of just compensation remains on deposit in the Court's Registry and the Court now **ORDERS** the Clerk of Court to **DISBURSE** the following sum, along with any accrued interest earned thereon while on deposit, payable as follows:

- The sum of $39,139.00, with any accrued interest, payable to "F&A Officer, USAED, Fort Worth," with the check referencing "Tract No. RGV-RGC-8024."

B. Defendants warrant they were the owners of the interest in the property taken in this proceeding on the respective date of taking.

C. The Parties shall be responsible for their own legal fees, costs, and expenses, including attorneys' fees, consultants' fees, and any other expenses or costs.

D. The Parties shall take no appeal from any rulings or judgment made by the Court in this action, and the parties consent to the entry of all motions, orders, and judgments necessary to make this stipulated judgment.

E. This order is binding on the heirs, trustees, executors, administrators, devisees, successors, assigns, agents, and representatives of Defendants.

The United States is further ORDERED to record this Final Judgment and the Stipulation of Revestment with the Official Records of Starr County, Texas, so as to provide notice with county deed records.

This case is terminated, and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED. Done at McAllen, Texas, this _____ day of September 2021.

                                                           Randy Crane
                                                           United States District Judge